IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICHOLAS KNOPICK,

    Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.
AND SUSAN SEIFERT,

    Defendants.

CIVIL ACTION
NO. 14-05639

## ORDER

**AND NOW,** this 23rd day of February 2015, upon consideration of Defendants' Motion to Dismiss (Doc. No. 8) and Plaintiff's Amended Complaint (Doc. No. 14), **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. No. 8) is **DENIED as moot.**

BY THE COURT:

/s/ GERALD J. PAPPERT

GERALD J. PAPPERT, J.