IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICHOLAS KNOPICK, individually and on behalf of those similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**UBS FINANCIAL SERVICES, Inc.,**<br><br>Defendant. | CIVIL ACTION<br>NO. 14-05639 |

### ORDER

**AND NOW**, this 13th day of April, 2015 upon consideration of Defendant's Motion to Transfer, (Doc. No. 21), and Plaintiff's response, (Doc. No. 25), **IT IS ORDERED** that Defendant's motion is **DENIED.** It is **FURTHER ORDERED** that Defendant shall respond to Plaintiff's Amended Complaint, (Doc. No. 14), by April 28, 2015.

BY THE COURT:

/s/ Gerald J. Pappert
GERALD J. PAPPERT, J.

1