IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICHOLAS KNOPICK, on behalf of himself and all other similarly situated,** | : :<br>: Civil Action No.  2:14-cv-05639 |
| **Plaintiff,** | : |
| -vs- | : |
| **UBS FINANCIAL SERVICES, INC.** | : |
| **Defendant.** | : |

### ENTRY OF APPEARANCE

      PLEASE accept the entry of my appearance on behalf of Plaintiff in the above matter.

Dated:  March 17, 2016        By /s/ Nicholas J. Guiliano
                                                      Nicholas J. Guiliano, Esquire
                                                      Guiliano Law Firm, P.C.
                                                      1700 Market Street, Suite 1005
                                                      Philadelphia, PA  19103
                                                      Telephone: (215) 413-8223
                                                      Telecopier: (215) 660-5490
                                                      nick@nicholasguiliano.com

## **CERTIFICATE OF SERVICE**

I, Nicholas J. Guiliano, Esquire, of full age do hereby certify that I have served Plaintiff's counsel's Entry of Appearance was served this 17th day of March 2016, electronically and by regular mail on:

>David C. Franceski, Jr., Esquire
>STRADLEY RONON,
>STEVENS & YOUNG, L.L.P.
>2005 Market Street, 26th Floor
>Philadelphia, Pennsylvania  19103-7098

>By /s/ Nicholas J. Guiliano
>Nicholas J. Guiliano, Esquire