IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS KNOPICK, on behalf of himself and all other similarly situated, | :<br>:<br>: Civil Action No. **2:14-cv-05639**<br>: |
| **Plaintiff,** | :<br>: |
| -vs- | :<br>: |
| UBS FINANCIAL SERVICES, INC. | :<br>: |
| **Defendant.** | :<br>: |

## MOTION FOR DISMISSAL

      COMES NOW Plaintiff Nicholas Knopick, by and through his undersigned counsel, that:

      1.    No Answer or motion for summary judgment having been filed, and no class having been certified, that upon the disposition of all claims against all parties, including the Dismissal of Counts I-VII of the Amended Complaint without Prejudice (ECN No. 63), and Dismissal of Counts VIII and IX of the Amended Complaint (ECN No. 63), with prejudice, that this matter be marked CLOSED.

      Respectfully submitted,

Dated: March 17, 2016      By /s/ Nicholas J. Guiliano
      Nicholas J. Guiliano, Esquire
      Guiliano Law Firm, P.C.
      1700 Market Street, Suite 1005
      Philadelphia, PA 19103
      Telephone: (215) 413-8223
      Telecopier: (215) 660-5490
      nick@nicholasguiliano.com

## CERTIFICATE OF SERVICE

I, Nicholas J. Guiliano, Esquire, of full age do hereby certify that I have served Plaintiff's Motion for Dismissal of the Amended Complaint was served this 17th day of March 2016, electronically and by regular mail on:

>David C. Franceski, Jr., Esquire
>STRADLEY RONON,
>STEVENS & YOUNG, L.L.P.
>2005 Market Street, 26th Floor
>Philadelphia, Pennsylvania  19103-7098

>By /s/ Nicholas J. Guiliano
>Nicholas J. Guiliano, Esquire