IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS KNOPICK, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>UBS FINANCIAL SERVICES, INC.<br><br>Defendant. | Civil Action No. 2:14-cv-05639 |

**[PROPOSED] ORDER**

**THIS MATTER** having been opened to this Court by Plaintiff, by and through his counsel, and upon notice having been made to all parties interest herein, and for other good cause shown,

**IT IS ORDERED**, this ___ day of _____, 2016 that:

1. No Answer or motion for summary judgment having been filed, and no class having been certified, that upon the dismissal of all claims against all parties, including the Dismissal of Counts I-VII of the Amended Complaint without Prejudice (ECN No. 63), and Dismissal of Counts VIII and IX of the Amended Complaint (ECN No. 63), with prejudice, that this matter be marked **CLOSED**.

**AND IT IS SO ORDERED**

BY THE COURT:

_____
GERALD J. PAPPERT, U.S.M.J.