IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS KNOPICK : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 14-5639 |
| : | |
| UBS FINANCIAL SERVICES INC., : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this __23rd__ day of __March__, 2016, upon consideration of Plaintiff's Motion for Dismissal, and the response of Defendant, UBS Financial Services, Inc. thereto, it is hereby ORDERED that:

(1) No Answer or motion for summary judgment having been filed, and no class having been certified, that upon disposition of all claims against all parties, including the Dismissal of Counts I-VII of the Amended Complaint without Prejudice (Dkt. No. 63) and Dismissal of Counts VIII and IX of the Amended Complaint with prejudice (Dkt. No. 63), and Plaintiff having not filed a further Amended Complaint within the time permitted by the Court in its Order of August 18, 2015 (Dkt. No. 63) and the Court having determined previously that its Order of August 18, 2015, was a final Order that dismissed all claims and all parties (*See* Order of November 25, 2015 (Dkt. No. 71), this matter should be marked CLOSED.

/s/ Gerald J. Pappert
_____
Hon. Gerald J. Pappert
UNITED STATES DISTRICT JUDGE